United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY,<br><br>    Defendant.<br>_____ / | No. C-07-0195 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SEPARATE COMPLAINT; DENYING REQUEST FOR RECONSIDERATION OF DISMISSAL OF JUDGE BERGER**<br><br>(Docket No. 9) |

    Before the Court is plaintiff's motion, filed January 30, 2007, for an extension of time to file a separate complaint against the El Cerrito defendants. Included in plaintiff's motion, although not set forth in the caption, is a separate request for reconsideration of the Court's dismissal of plaintiff's claims against the Honorable Peter Berger ("Judge Berger").

    In an order filed January 22, 2007, the Court dismissed the claims asserted against the El Cerrito defendants due to improper joinder, without prejudice to plaintiff's asserting such claims in a separate action. The Court did not set a deadline by which plaintiff must file any separate action against the El Cerrito defendants. Accordingly, plaintiff's motion for an extension of time is hereby DENIED as moot.

    In a separate order filed January 22, 2007, the Court dismissed all claims against Judge Berger on the basis of judicial immunity. Plaintiff has set forth no basis for reconsideration of the Court's dismissal of the claims asserted against Judge Berger.

1  Accordingly, plaintiff's request for reconsideration thereof is hereby DENIED.

2  This order terminates Docket No. 9.

3  **IT IS SO ORDERED.**

4  Dated: January 31, 2007

MAXINE M. CHESNEY
United States District Judge

2