United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

    Plaintiff,

v.

CONTRA COSTA COUNTY,

    Defendant.
                                  /

No. C-07-0195 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of the pending motions to dismiss the above-titled action, the case management conference currently scheduled for April 20, 2007 is hereby CONTINUED to June 15, 2007 at 10:30 a.m.  The parties shall file a joint case management statement no later than June 8, 2007.

**IT IS SO ORDERED.**

Dated: April 17, 2007

                                                      MAXINE M. CHESNEY
                                                      United States District Judge