**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LE ROI JOHNSON,                          No. C-07-0195 MMC

12            Plaintiff,                       **ORDER DISMISSING WITH PREJUDICE
                                               CAUSES OF ACTION ASSERTED**
13                                             **AGAINST DEFENDANT RICHMOND**
      v.                                       **POLICE DEPARTMENT**
14

15   CONTRA COSTA COUNTY, et al.,

16            Defendants
                                            /
17

18        In an order filed April 30, 2007, the Court dismissed all causes of action asserted

19   against defendant Richmond Police Department, with leave to amend.  The Court further

20   ordered therein that any amended complaint was required to be filed within 30 days.

21        As no amended complaint has been filed, all causes of action asserted against the

22   Richmond Police Department are dismissed with prejudice.  Plaintiff's claims against

23   Officer Anthony Jackson remain at issue.

24        **IT IS SO ORDERED.**

25   Dated: June 1, 2007

26                                             MAXINE M. CHESNEY
                                               United States District Judge
27

28