IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON,<br><br>           Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>           Defendants.                             / | No. C-07-00195 MMC (EDL)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL** |

On September 20, 2007, Defendant Officer Anthony Jackson filed a motion seeking an order to compel Plaintiff to respond to written discovery and to compel Plaintiff's initial disclosures. Plaintiff, who is proceeding pro se, did not file an opposition to Defendant's motion. Because this matter is appropriate for decision without oral argument, the Court vacated the October 30, 2007 hearing and now grants Defendant's motion to compel.

On June 13, 2007, Defendant served interrogatories and requests for production of documents on Plaintiff. Declaration of Owen Rooney Ex. A, B. Plaintiff has not responded to the discovery requests, nor did he respond to Defendant's three subsequent letters seeking responses. Rooney Decl. Ex. C, D, E. Because Plaintiff did not oppose this motion, he has provided no explanation for his failure to respond to discovery. Thus, no later than November 30, 2007, Plaintiff shall serve responses to Defendant's interrogatories and requests for production of documents.

Plaintiff has also failed to serve initial disclosures on Defendant, which were due on April 13, 2007 pursuant to Judge Chesney's standing order. Because Plaintiff did not oppose this motion, he has provided no explanation for his failure to make initial disclosures. Thus, no later than November 30, 2007, Plaintiff shall serve his initial disclosures on Defendant.

Defendant's request for sanctions is denied because it was not made in a separate motion.

<u>See</u> Civil L.R. 7-8.

The Court is aware that Plaintiff has been incarcerated since August 8, 2007, and therefore is concerned that Plaintiff may not be receiving papers that are filed in this case. The Court will serve this Order on Plaintiff's address of record, but Defendant is ordered to mail a copy to any other addresses that Defendant has on file.

**IT IS SO ORDERED.**

Dated: October 25, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge