IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants.<br>_____/ | No. C-07-0195 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO SET DATE FOR ADR CONFERENCE** |

    Before the Court is plaintiff's motion filed January 25, 2008, to set a date for the parties to conduct an ADR conference "in the ADR office," (see Motion to Set Date for ADR Conference at 1). The Court has already referred the matter to Magistrate Judge James Larson for a settlement conference, "to take place no later than 30 days prior to the Pretrial Conference," (see Pretrial Preparation Order filed June 18, 2007 at 2).[1]

    Accordingly, plaintiff's motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 30, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The Pretrial Conference is scheduled to take place on May 20, 2008. (See id.) If plaintiff wishes to have an earlier conference, he should contact counsel for Officer Jackson and, if both parties are in accord that an earlier conference is preferable, they should contact Judge Larson's chambers and seek to advance the conference to an earlier date.