IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

        Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

        Defendants.
                                         /

No. CV-07-0195 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Objection is hereby DENIED. The Court hereby ADOPTS the Recommendation, and for the reasons expressed therein, the above-titled action is hereby DISMISSED with prejudice.

Dated: March 25, 2008                                        Richard W. Wieking, Clerk

                                                                            By: Tracy Lucero
                                                                            Deputy Clerk